IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
APR - 6 2011
U.S. DISTRICT COURT
W. DIST. OF N.C.

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:11CR36 |
|---|---|---|
| vs. | ) | **ORDER TO SEAL INDICTMENT** |
| DAVID MENDEZ CABRANO, et al. | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, the Motion to Seal Indictment and any other related documents be sealed.

THIS the 6th day of April, 2011.

_____
MAGISTRATE JUDGE