# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 cr 36-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BRITTNEY LYNN MOORE, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a motion filed by counsel for defendant entitled "Unopposed Motion to Continue Jury Trial and Rule 11 Hearing" (#102). The undersigned has been advised by the District Court that the District Court will enter an Order in regard to the motion to continue the jury trial of defendant and will allow the undersigned to consider the portion of the motion regarding the continuance of the Rule 11 hearing. In the motion, it appears that defendant has stated good cause for the continuance of the Rule 11 proceeding that was scheduled for August 24, 2011 and that portion of the motion will be allowed.

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the portion of the motion (#102) seeking a continuance of the Rule 11 proceeding from **August 24, 2011** is hereby

**ALLOWED** and the Rule 11 proceedings in this matter will be held on **Monday, September 12**, **2011 at 9:40 a.m.**

                          Signed: August 30, 2011

                          Dennis L. Howell
                          United States Magistrate Judge