# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CR 36-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| BRITTNEY LYNN MOORE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion for Continued Release and Request for Detention Hearing (#238) filed by counsel for Defendant. At the call of this matter on for hearing, it appeared that the Government had no objection to the continued release of Defendant and good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Continued Release and Request for Detention Hearing (#238) is **ALLOWED** and Defendant is released on terms and conditions of pre-trial release that has previously been entered in this matter.

Signed: August 11, 2016

_____
Dennis L. Howell
United States Magistrate Judge